Rel: April 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0800

Timothy Scott Curry v. 1st Choice Rental Properties (Appeal from Mobile Circuit Court: CV-24-901619).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Mitchell, and McCool, JJ., concur.